**UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA**

CASE NO:  16-03697/W/3

**CONSENT ORDER SETTING ANY FUTURE DISMISSAL WITH PREJUDICE**

The relief set forth on the following pages, for a total of 2 pages, including this page, is hereby **ORDERED**.

**FILED BY THE COURT
09/08/2016**



*John E Waites*

US Bankruptcy Judge    ©
District of South Carolina

Entered: 09/08/2016

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | CASE NO: 16-03697/W/3 |
| JAMES DANIEL RILEY, III<br>TIAWAN CHARISE RILEY | Chapter 13 |
| Debtors | |

## CONSENT ORDER

It appears that the above debtors have been involved in at least one other Bankruptcy case within the previous year. In order to prevent the debtors from filing another bankruptcy petition that could unreasonably delay and prejudice creditors, the debtor(s) hereby consent, through their undersigned attorney, to dismissal of this case without further notice or hearing upon written request to the Court by the Trustee, if the debtor(s) fails to comply with the terms of the proposed plan and/or any plan confirmed by the Court.

It is further agreed that, should the case be dismissed for any reason within 24 months of the commencement of this case, Debtors are hereby barred from filing a petition under any reorganization Chapter of the Bankruptcy Code for a period of one (1) year.

It IS SO ORDERED.

Date:   September 01, 2016

I SO MOVE:

/s/ William K. Stephenson, Jr

_____
William K. Stephenson, Jr., Trustee
District Court ID# 4300
1825 Blanding Street
P. O. Box 8477
Columbia, SC 29202
(803) 254-2981

I CONSENT:


/s/ Eric S Reed
Attorney for Debtors
District Court ID#  7242