**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **James** First Name | **Daniel** Middle Name | **Riley, III** Last Name |
| Debtor 2 (Spouse if, filing) | **Tiawan** First Name | **Charise** Middle Name | **Riley** Last Name |

United States Bankruptcy Court for the: DISTRICT OF SOUTH CAROLINA

Case number (if known): 16-03697

■ Check if this is an amended filing

# Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1   **Quality Companies**<br>**9702 East 30th Street**<br>**Indianapolis, IN 46229** | **Truck lease to be assumed outside of plan.** |

---

Official Form 106G                Schedule G: Executory Contracts and Unexpired Leases                Page 1 of 1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: | C/A No. 16-03697-jw |
| James Daniel Riley, III<br>Tiawan Charise Riley | Chapter 13 |
| Debtor(s). | **STATEMENT OF CHANGE** |

      In accordance with Bankruptcy Rule 1009 and Local Rule 1009-1, the undersigned hereby amends Schedule G:

1) Amended Schedule G: Added debtor's truck lease.

DATE    10/4/16                                /s/ Eric S. Reed
                                                                         Signature of Attorney
                                                                         Eric S. Reed
                                                                         Reed Law Firm, P.A.
                                                                         220 Stoneridge Drive, Ste 301
                                                                         Columbia, SC 29210
                                                                         (803) 726-4888

                                                                         7242
                                                                         District Court I.D. Number